RECEIVED IN CLERK'S OFFICE
U.S.D.C.  Atlanta

MAY 21 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 28 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CONTINENTAL BUSINESS CREDIT, INC., a
California corporation,

        Plaintiff,

v.

CHECKMATE CASH ADVANCE CENTERS,
LLC, a Delaware limited liability company,
CHECKMATE CASH ADVANCE CENTERS,
ALABAMA, LLC, an Alabama limited liability
company, CHECKMATE, CASH ADVANCE
CENTERS, SOUTH CAROLINA, LLC, a South
Carolina limited liability company, CHECKMATE
CASH ADVANCE CENTERS, WISCONSIN,
LLC, a Wisconsin limited liability company,
TITLEMATE CASH ADVANCE, LLC, a
Delaware limited liability company, and
TITLEMATE CASH ADVANCE, SC, LLC, a
South Carolina limited liability company, JAMES
C. RICHARDS, an individual, CATHERINE
HART, an individual,

        Defendants.

PETITION FOR APPOINTMENT OF
ANCILLARY RECEIVER

1  10-MI-0124

## ORDER APPOINTING ANCILLARY RECEIVER IN THE STATE OF GEORGIA

THIS MATTER having come before the Court on the Petition for Appointment of Ancillary Receiver in the State of Georgia and Authority in Support Thereof (the "Petition"), the Court believes that good cause exists for the appointment of S. Gregory Hays as ancillary receiver. The Court makes the following specific findings:

A.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 754 and 28 U.S.C. § 1367. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

B.      On April 29, 2010, Continental Business Credit, Inc., a California corporation

("Continental") instituted a civil action against Checkmate Cash Advance Centers, LLC, Checkmate Cash Advance Centers, Alabama, LLC, Checkmate Cash Advance Centers, South Carolina, LLC, Checkmate Cash Advance Centers, Wisconsin, LLC, Titlemate Cash Advance, LLC, Titlemate Cash Advance, SC, LLC, James C. Richards and Catherine Hart (collectively, the "Defendants"), by filing a Complaint in the United States District Court for the Central District of California (the "California Court"), bearing Case Number CV10-3206 VBF (SSx) (the "California Action").

C.      On May 11, 2010, the California Court appointed S. Gregory Hays (the "Receiver"), as receiver over certain property and assets of the Defendants, as more particularly described in the Amended Order Regarding Stipulation Between Plaintiff and Entity Defendants for the Appointment of Receiver (the "Appointment Order").

D.      On May 17, 2010, the Receiver fulfilled all conditions precedent to his appointment by submitting his Oath of Court Appointed Receiver (the "Oath") and Bond of Receiver (the "Bond"), which the California Court accepted.

E.      On May 21, 2010, within ten (10) days of his appointment pursuant to the Appointment Order, the Receiver timely submitted the Petition to this Court, requesting ancillary appointment pursuant to 28 U.S.C. § 754.

Based on the foregoing and for good cause shown, it is hereby **ORDERED, ADJUDGED and DECREED:**

1.      That S. Gregory Hays is appointed ancillary receiver on the same terms and conditions and vested with the same powers as set forth in the Appointment Order issued by the California Court;

2.      That the Receiver's Oath and Bond accepted by the California Court satisfy any

2

similar requirements in this jurisdiction and no additional oath or bond shall be required; and

    3.    That James C. Frenzel of the law firm of James C. Frenzel, P.C. is approved as

local counsel for the Receiver.

    **SO ORDERED** this the _28th_ day of _June_ , **2010.**

_____
UNITED STATES DISTRICT JUDGE